**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: May 30, 2018**

Hon. Catherine J. Furay
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN

In Re:

Douglas W. Nifong and
Melanie M. Nifong,

Case No. 17-13528

Debtors.

### ORDER CONFIRMING SECOND AMENDED
### CHAPTER 12 PLAN OF REORGANIZATION
### OF DEBTORS DOUGLAS W. NIFONG AND MELANIE M. NIFONG

Douglas W. Nifong and Melanie M. Nifong, the debtors herein (the "Debtors"), having filed their Chapter 12 Plan of Reorganization on January 10, 2018 (the "Plan") and Farmers & Merchants Bank of Orfordiville ("F&M"), a secured party herein and the Standing Chapter 12 Trustee (the "Trustee") each filing objections to the Plan, respectively on January 24, 2018 and February 1, 2018. Debtors filed their First Amended Chapter 12 Plan of Reorganization on February 27, 2018 ("First Amended Plan") to address the previous objections. The Standing Chapter 12 Trustee (the "Trustee") filed an objection to the First Amended Plan, on March 15, 2018 (the "Objection") and the Objection having been resolved pursuant to the Debtors having filed their Second Amended Chapter 12 Plan of Reorganization on April 18, 2018 (the "Second Amended Plan"); the final hearing on confirmation of the Second Amended Plan was held on May 21, 2018; and no other hearings being required and it appearing to the Court that the legal and factual bases set forth in the documents filed in support of confirmation of the Second Amended Plan, established just cause for the relief granted herein and after due deliberation thereon and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. The Debtor's Second Amended Plan filed April 18, 2018, meets all requirements for confirmation under Title 11, United States Code, and is confirmed, and a copy of the Second Amended Plan is attached hereto as Exhibit A; and

2. The terms of the Second Amended Plan and any exhibits to this Confirmation Order are incorporated by reference into, and are an integral part of this Confirmation Order; and

3. The provisions of the Second Amended Plan bind the Debtors and all creditors of the Debtors'; and

**IT IS FURTHER ORDERED THAT** this Court shall retain jurisdiction to ensure that the purpose and intent of the Plan, as amended are carried out, including but not limited to the following:

- Fee Applications. To hear and determine any and all applications for compensation of professional services and disbursements.

- Pending Matters. To hear and determine any pending applications, motions, adversary proceedings, and other contested matters not resolved by the Plan, as amended, if any.

- Modification of the Plan. To modify the Second Amended Plan to the extent permitted by the Second Amended Plan, and the applicable provisions of Section 1229 of the Bankruptcy Code.

- Enforcement of Payments, Rights, and Interests. To enforce the terms and provisions of payments, rights, and interests required or created by the Second Amended Plan, as amended

- Provisions of the Second Amended Plan, Confirmation Order, and Bankruptcy Code. To enter such orders as necessary to consummate, interpret, and effect the provisions of the Second Amended Plan, as amended, and the Confirmation Order, or as may be otherwise required by the Bankruptcy Code; and

**IT IS FURTHER ORDERED THAT** this Order shall be a final Order.

###